

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00046-CV

**IN RE** Brad **LARSEN**,
Rent Werx LLC D/B/A Larsen Properties and Leah Larsen, Relators

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10309
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
         Patricia O. Alvarez, Justice
         Luz Elena D. Chapa, Justice
         Irene Rios, Justice
         Beth Watkins, Justice
         Liza A. Rodriguez, Justice
         Lori I. Valenzuela, Justice

On June 24, 2021, Real Parties in Interest timely filed a motion for en banc reconsideration. *See* TEX. R. APP. P. 49.7. The court requests that Relators file a response to Real Parties in Interests' motion. *See id.* R. 49.2.

If Relators choose to file a response, Relators must file the response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court